JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE GIBSON II, | ) | Case No.: EDCV 12-1413 DSF (DTBx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| BANK OF AMERICA, N.A., et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

     The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____9/26/12_____          _____
                                 Dale S. Fischer
                         United States District Judge