JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GIBSON II,<br><br>       Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA, N.A., et al.<br><br>       Defendants.<br>_____ | Case No.: EDCV 12-1413 DSF (DTBx)<br><br><br><br>JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/26/12

_____
Dale S. Fischer
United States District Judge